1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  OWEN P. MARTIKAN (SBN 177104)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, 9th Floor
5      San Francisco, California 94102-3495
       Telephone:    (415) 436-7241
6      Facsimile:    (415) 436-6748
       Email:        owen.martikan@usdoj.gov
7
   Attorneys for Federal Defendant
8  Gerald McLaughlin, M.D., and the United States of America

9                      UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12  BARCLAY KENYON and                )   Case No. C 07-2520 EMC
    LISA KENYON,                      )   **E-FILING CASE**
13                                    )
                 Plaintiffs,          )
14                                    )
               v.                     )   **DECLARATION OF GENE**
15                                    )   **KIRSCHBAUM SUPPORTING**
    BOARD OF REGENTS OF THE           )   **DEFENDANT GERALD**
16  UNIVERSITY OF CALIFORNIA, U.C.S.F.)   **MCLAUGHLIN AND THE UNITED**
    MEDICAL CENTER, DEBORAH           )   **STATES OF AMERICA'S MOTION TO**
17  KAMALI, M.D., SIERRA WASHINGTON,  )   **DISMISS**
    M.D., GERALD MCLAUGHLIN, M.D.,    )
18  and DOES ONE through FIFTY,       )
                                      )   Date: Wednesday, June 20, 2007
19               Defendants.          )   Time: 10:30am
                                      )   Ctrm: C, 15th Floor

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARCLAY KENYON and LISA KENYON ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | |
| BOARD OF REGENTS OF THE ) | |
| UNIVERSITY OF CALIFORNIA, U.C.S.F. ) | |
| MEDICAL CENTER, DEBORAH KAMALI, ) | |
| M.D., SIERRA WASHINGTON, M.D., ) | |
| GERALD MCLAUGHLIN, M.D. and ) | |
| DOES ONE through FIFTY, inclusive, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION

I, GENE KIRSCHBAUM, Colonel, USAF, declare as follows:

That I am currently assigned as Chief, Claims and Tort Litigation Division, Air Force Legal Operations Agency, United States Air Force. As such, I have the responsibility under the Air Force claims regulations for overseeing the administration of Air Force tort claims records.

Accordingly, I have caused a search to be made of Air Force tort claims records for the purpose of determining whether an administrative tort claim has ever been presented to the Air Force by BARCLAY KENYON and/or LISA KENYON, alleging negligence and negligent infliction of emotional distress, resulting from the death of their unborn son, on or about March 2006.

The search involved checking the Armed Forces Claims Information Management System (AFCIMS), which records all tort claims filed against the Air Force since

October 1, 1994.  No claims by BARCLAY KENYON and/or LISA KENYON, were found in AFCIMS.  In addition, the search included contacting the legal office at Travis Air Force Base, California, the Air Force Base responsible for overseeing tort claims jurisdiction for San Francisco, California, where the alleged incident occurred. Representatives of that office confirmed they had not received a tort claim from BARCLAY KENYON and/or LISA KENYON, arising out of the aforesaid incident.

As a result, we have determined that no tort claims have ever been submitted to the Air Force by BARCLAY KENYON and/or LISA KENYON.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

GENE KIRSCHBAUM, Colonel, USAF
Chief, Claims & Tort Litigation Division
Air Force Legal Operations Agency
1501 Wilson Blvd., Suite 835
Arlington, VA 22209-2403


Executed this the __1__ day of May, 2007, at Arlington, Virginia.