SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
OWEN P. MARTIKAN (SBN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7241
    Facsimile:   (415) 436-6748
    Email:       owen.martikan@usdoj.gov

Attorneys for Federal Defendant
Gerald McLaughlin, M.D., and the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARCLAY KENYON and LISA KENYON, <br><br> Plaintiffs, <br><br> v. <br><br> BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA, U.C.S.F. MEDICAL CENTER, et al., <br><br> Defendants. | Case No. C 07-2520 EMC <br> **E-FILING CASE** <br><br><br><br> **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

     In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

                                              Respectfully submitted,

                                              SCOTT N. SCHOOLS
                                              United States Attorney

                                              /s/
Dated: May 17, 2007                     _____
                                              OWEN P. MARTIKAN
                                              Assistant United States Attorney