SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
OWEN P. MARTIKAN, CSBN 177104
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7241
   Facsimile:  (415) 436-6748
   Email: owen.martikan@usdoj.gov

Attorneys for Federal Defendant
Gerald McLaughlin, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARCLAY KENYON and<br>LISA KENYON,<br><br>              Plaintiffs,<br><br>      v.<br><br>BOARD OF REGENTS OF THE<br>UNIVERSITY OF CALIFORNIA,<br>U.C.S.F. MEDICAL CENTER,<br>DEBORAH KAMALI, M.D.,<br>SIERRA WASHINGTON, M.D.,<br>GERALD MCLAUGHLIN, M.D., and<br>DOES ONE through FIFTY, inclusive,<br><br>              Defendants. | NO. C 07-2520 EMC<br><br>**PROOF OF SERVICE** |

      The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on May 17, 2007 she caused a copy of:

      Consent to Proceed Before a United States Magistrate Judge

      Defendant Gerald McLaughlin and the United States of America's Motion to Dismiss E-filed May 16, 2007

to be served upon the person at the place and address stated below, which us the last known address:

PROOF OF SERVICE
*Kenyon v. Board, et al.,* C 07-2520 EMC       1

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Brice A. Tondre, Esq.<br>215 South Wadsworth Blvd., Suite 500<br>Lakewood, Colorado 80226<br>Attorney for Plaintiffs<br>Fax 303.986.4857 | Board of Regents of the University of California<br>Office of the Secretary<br>1111 Franklin Street, 12th Floor<br>Oakland, CA 94607 |
|  | UCSF Medical Center Hospital<br>505 Parnassus Avenue<br>San Francisco, CA 94143 |
|  | Deborah Kamali, M.D.<br>UCSF Medical Center<br>400 Parnassus Ave.<br>San Francisco, CA 94143-0346 |
|  | Sierra Washington, M.D.<br>UCSF Ob/Gyn<br>505 Parnassus Ave., Box 0132<br>San Francisco, CA 94143 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of May 2007 at San Francisco, California.

/s/
_____
STEFANIA M. CHIN
Legal Assistant

PROOF OF SERVICE
*Kenyon v. Board, et al.,* C 07-2520 EMC        2