

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARCLAY KENYON, et al.,

Plaintiffs,

v.

BOARD OF REGENTS OF THE
UNIVERSITY OF CALIFORNIA, et al.,

Defendants.

Case No. C07-2520 EMC

### DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 6/13/07

Signature

Counsel for PLAINTIFFS
(Name of party or indicate "pro se")