UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff(s),

v.

Defendant(s).

No. C

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: June 8, 2007

Signature: *Patricia A Surin*

Counsel for Defendants
(Plaintiff, Defendant or indicate "pro se")

Board of Regents of the
University of California
UCSF Medical Center
Deborah Kamali, MD
Sirina Washington, MD