UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BARCLAY KENYON and<br>LISA KENYON,<br><br>       Plaintiffs,<br><br><br><br>       v.<br><br>BOARD OF REGENTS OF THE<br>UNIVERISTY OF CALIFORNIA,<br>U.C.S.F. MEDICAL CENTER,<br>DEBORAH KAMALI, M.D., SIERRA<br>WASHINGTON, M.D., GERALD<br>MCLAUGHLIN, M.D.,<br> and DOES ONE through FIFTY,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case no. C 07-2520 EMC<br>**E-FILING CASE**<br><br><br><br>**ORDER  OF DISMISSAL<br>AND REMAND** |

THIS MATTER came before the Court on the stipulation of all parties that the claims against Gerald McLaughlin, M.D. may be dismissed without prejudice and requesting that the remaining claims  be remanded the Superior Court of the State of California.   The Court having reviewed the stipulation and

good cause appearing, dismisses the claims against Dr. McLaughlin without prejudice, declines to exercise supplemental jurisdiction over the remaining claims and parties and remands the case to the Superior Court of California for the County of San Francisco.

The District Clerk is directed to mail a copy of this order of remand to the Clerk of the Superior Court of California for the County of San Francisco.

Done this _____ day of _____, 2007

_____
United States District Judge