BRICE A. TONDRE (SCBN 43751)

   215 South Wadsworth Boulevard, Suite 500
   Lakewood, Colorado 80226-1566
   Telephone:   (303) 296-3300
   Facsimile: (303) 238-5310
   Email: briceatondrepc@msn.com

Attorney for the Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BARCLAY KENYON and LISA KENYON,<br>       Plaintiffs,<br><br>v.<br><br>BOARD OF REGENTS OF THE UNIVERISTY OF CALIFORNIA, U.C.S.F. MEDICAL CENTER, DEBORAH KAMALI, M.D., SIERRA WASHINGTON, M.D., GERALD MCLAUGHLIN, M.D., and DOES ONE through FIFTY,<br>       Defendants. | Case no. C 07-2520 EMC<br>**E-FILING CASE**<br><br>**STIPULATION FOR ORDER DISMISSING WITHOUT PREJUDICE THE CLAIMS AGAINST GERALD MCLAUGHLIN, M.D., THEN REMANDING THE CASE TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA** |

    NOW COME all parties by and through their respective counsel and stipulate as follows:

1

1. This matter was removed to this court by defendant Gerald McLaughlin, M.D. pursuant to 28 U.S.C. sections 1441 and 2679.

2. Original jurisdiction in this court is based upon the undisputed fact that the defendant Gerald McLaughlin, M.D. was at all relevant times a federal employee acting within the course and scope of his employment. See 28 U.S.C. s 2679 and the Certification Pursuant to 28 U.S.C. S2679(d) on file herein.

3. Dr. McLaughlin has made a motion to dismiss the claims against him on the grounds that Plaintiffs' administrative remedies have not been exhausted. This is undisputed. See Declaration of Gene Kirschbaum in support of the motion. Under the cited authorities, this undisputed fact mandates dismissal of the claims against Dr. McLaughlin without prejudice. The Regents of the University of California and U.C.S.F. Medical Center do not have any vicarious liability for any alleged acts or omissions on the part of Dr. Gerald McLaughlin.

4. This Court has supplemental jurisdiction over the remaining Defendants under 28 USC § 1367(a). However, when all claims over which the Court has original jurisdiction, those being the claims against Dr. McLaughlin, are dismissed, the Court may decline to accept supplemental jurisdiction. See 28U.S.C. section 1376(c)(3).

5. Here, the Court not having involved itself in the substance of the matters at issue, it is respectfully submitted that the Court should decline to exercise supplemental jurisdiction over the remaining parties and claims and remand the matter to the Superior Court of California for the County of San Francisco which all parties hereby so request.

Respectfully submitted,

BRICE A. TONDRE
Attorney for Plaintiffs

/s/   Brice A. Tondre

SCOTT N. SCHOOLS
United States Attorney

/s/   Owen P. MARTIKAN
OWEN P. MARTIKAN
Assistant United States Attorney
Attorneys for Dr. McLaughlin

PATRICIA A. TIMM
Attorney for Board of Regents of the University of California, U.S.F. Medical Center, Deborah Kamali, M.D. and Sierra Washington, M.D.

*Patricia A. Timm* (signature)