**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 27, 2007

San Francisco Superior Court
400 McAllister Street
San Francisco, CA 94102-4514

RE:  CV 07-02520 WHA    BARCLAY KENYON-v-BOARD OF REGENTS OF THE UNIVERSITY
    Your Case Number: (CGC 07-46080)

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

    (X)    Certified copies of docket entries

    (X)    Certified copies of Remand Order

    ()    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

    Sincerely,

    RICHARD W. WIEKING, Clerk

    /s/

    by:  Simone Voltz
    Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev.  7/92
o:\mrg\civil\remand.mrg

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 27, 2007

San Francisco Superior Court
400 McAllister Street
San Francisco, CA 94102-4514

RE:  CV 07-02520 WHA    BARCLAY KENYON-v-BOARD OF REGENTS OF THE UNIVERSITY
     Your Case Number: (CGC 07-46080)

Dear Clerk,

     Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

     (X)    Certified copies of docket entries

     (X)    Certified copies of Remand Order

     ( )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

     Sincerely,

     RICHARD W. WIEKING, Clerk

     /s/

     by:  Simone Voltz
     Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev.  7/92
o:\mrg\civil\remand.mrg